# Utility Events

[2:21-cv-00418-JCB Lee v. Jane LLC](#)

COPYRIGHT,JURY,OPEN_MJ,PEND_CONSENT

[ Print Mailing Packets ]

## US District Court Electronic Case Filing System

## District of Utah

### Notice of Electronic Filing

The following transaction was entered on 7/22/2021 at 8:46 AM MDT and filed on 7/22/2021

**Case Name:**        Lee v. Jane LLC
**Case Number:**   [2:21-cv-00418-JCB](#)
**Filer:**
**WARNING: CASE CLOSED on 07/22/2021**
**Document Number:**   No document attached

**Docket Text:**
**Civil Case Terminated. Complaint stricken, Attorney not an active member of the Utah State Bar, agreed to vacate complaint. (nl)**


**2:21-cv-00418-JCB Notice has been electronically mailed to:**

Craig B. Sanders     csanders@barshaysanders.com, ecf@sanderslawpllc.com

**2:21-cv-00418-JCB Notice has been delivered by other means to:**